UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA DENSON,<br><br>       Plaintiff,<br><br>    -against-<br><br>DONALD J. TRUMP FOR PRESIDENT, INC.,<br><br>       Defendant. | 18-CV-2690 (UA)<br><br>ORDER GRANTING IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

  Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: March 29, 2018
     New York, New York

                     COLLEEN McMAHON
                 Chief United States District Judge