UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JESSICA DENSON,

                                   Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,

                                   Defendant.
-------------------------------------------------------------------X

Civil Action No.
18-cv-2690 (JMF)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the Declaration of Lawrence S. Rosen, dated June 4, 2018, with exhibits, the Affidavit of Michael S. Glassner, sworn to on June 4, 2018, with an exhibit, the points and authorities set forth in the accompanying memorandum of law, dated June 4, 2018, and all prior proceedings, Defendant Donald J. Trump for President, Inc. will move this Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, before the Honorable Jesse M. Furman, for an Order, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and 9 U.S.C. § 1 *et seq.*, compelling arbitration and dismissing this action, and granting Defendant all such other relief as the Court deems just and proper.

Dated: New York, New York
          June 4, 2018

                                          LAROCCA HORNIK ROSEN
                                          GREENBERG & BLAHA LLP

                                          By: _____
                                             Lawrence S. Rosen
                                             40 Wall Street, 32nd Floor
                                             New York, New York 10005
                                             T: (212) 530-4822
                                             E: LROSEN@LHRGB.COM

                                             *Attorneys for Defendant*
                                             *Donald J. Trump for President, Inc.*

To: Jessica Denson
3925 Big Oak Drive, #4
Studio City, CA  91604

*Pro se Plaintiff*