UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                          :

JESSICA M. DENSON,                     :

              Plaintiff,        :              18-CV-2690 (JMF)

                            :

        -v-                   :           SCHEDULING ORDER

                            :

DONALD J. TRUMP FOR PRESIDENT, INC.,   :

                            :

             Defendant.      :

                            :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On June 4, 2018, Defendant filed a motion to compel arbitration and dismiss this action. (Docket No. 8).  In light of Plaintiff's *pro se* status, any opposition to Defendant's motion shall be filed **within 30 days** of this Order; any reply shall be filed within **one week** of any opposition.

        The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

        SO ORDERED.

Dated: June 4, 2018
       New York, New York                  _____
                                      JESSE M. FURMAN
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/04/2018