UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSICA M. DENSON,
                      Plaintiff,

-v-

DONALD J. TRUMP FOR PRESIDENT, INC.,
                      Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/18

18 CIVIL 2690 (JMF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 30, 2018, the Campaign's motion to compel arbitration must be and is GRANTED. Had the Campaign requested it, the Court would have been prepared to stay the case pending arbitration rather than dismiss. See, e.g., Katz v. Cellco P'ship, 794 F.3d 341, 345 (2d Cir. 2015) ("We join those Circuits that consider a stay of proceedings necessary after all claims have been referred to arbitration and a stay requested." (emphasis added)). But the Campaign explicitly requests dismissal (see Docket No. 20, at 2), and Denson does not oppose that request for relief. Accordingly, the case is dismissed.

**Dated:** New York, New York
         August 31, 2018

                                                     **RUBY J. KRAJICK**

                                                     Clerk of Court
                          BY:
                                                     Deputy Clerk