```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/04/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
JESSICA M. DENSON,                                                   :
                                                                     :
                                    Plaintiff,                       :    18-CV-2690 (JMF)
                                                                     :
                  -v-                                                :    ORDER
                                                                     :
                                                                     :
DONALD J. TRUMP FOR PRESIDENT, INC.,                                 :
                                                                     :
                                    Defendant.                       :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 20, 2018, the Court issued a Memorandum Opinion and Order granting Defendant Donald J. Trump for President, Inc.'s motion to compel arbitration.  (Docket Nos. 8, 23).  On September 28, 2018, Plaintiff filed a "Motion to Vacate Judgment," seeking reconsideration of that Order under Federal Rule of Civil Procedure 60b).  (Docket No. 27).  Plaintiff presents no valid grounds for reconsideration — indeed, most, if not all, of the arguments she makes are concededly arguments that she failed to make in opposition to the original motion.  *See, e.g.*, *Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012) ("It is well-settled that [a motion for reconsideration] is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple.  Rather, the standard for granting a . . . motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." (internal quotation marks, citations, ellipsis, and alterations omitted)).  Accordingly, the motion is DENIED.

       The Clerk of Court is directed to terminate Docket No. 27.

       SO ORDERED.

Dated: October 4, 2018
       New York, New York
                                           JESSE M. FURMAN
                                        United States District Judge