UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JESSICA M. DENSON, :
:
                        Plaintiff, :        18-CV-2690 (JMF)
:
      -v- :        ORDER REGARDING
:        SUBMISSION OF
:        ELECTRONIC COURTESY
DONALD J. TRUMP FOR PRESIDENT, INC., :        COPIES
:
                        Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        With respect to the motions filed at Docket Nos. 29 and 37, the parties shall adhere to the following procedure for the submission of electronic courtesy copies. No later than **April 7, 2019**, Defendant shall submit electronic courtesy copies of all motion papers in electronic folders titled with the docket number of the relevant motion in brackets followed by a description of the motion (e.g., "[29] Defendant's Motion to Confirm Arbitration"). The folder shall contain:

1. Unredacted, text-searchable PDFs of (1) any pleading to which the motion relates (e.g., the operative complaint); (2) the notice of motion; and (3) the moving, opposition, and reply memoranda of law, each of which should be named with the docket number of the document in brackets followed by a description of the file (e.g., "[31] Defendant's Memorandum of Law in Support");

2. A subfolder for each set of corresponding supporting documents titled with the docket number associated with the related memorandum of law, followed by (as appropriate) "Motion Documents," "Opposition Documents," or "Reply Documents," each of which shall contain:

    a. Unredacted, text-searchable PDFs of any and all corresponding supporting documents (e.g., Local Rule 56.1 Statements, declarations, affidavits, and affirmations), with any exhibits not filed under seal attached as part of the same PDF, each of which should be named with the docket number of the document (or the docket number of the corresponding document in the case of documents filed under seal or in redacted form) in brackets followed by a description of the file (e.g., "[30] Declaration of Lawrence Rosen"); and

    b. A sub-sub-folder containing unredacted, text-searchable PDFs of any exhibits to a supporting document, including any documents that were filed under seal or in redacted form, each of which should be named with the docket number of the corresponding document in brackets followed by "Sealed Exhibits to [LAST NAME] [Declaration/Affirmation/Affidavit]" (e.g., "[30] Sealed Exhibits to Rosen Declaration"). The names of the exhibits within the sub-sub-folder should correspond to the exhibit number (e.g., "Exhibit 1," "Exhibit 2," etc.), and need not include a description of the exhibit; and

3. To the extent any documents were filed under seal or in redacted form, a subfolder titled "Redacted Submissions with Highlighting" containing unredacted copies of any documents that were filed in redacted form on ECF highlighting what information was redacted, each of which should be named with the docket number of the corresponding document and a description of the file, following by "- Highlighted" (e.g., "[31] Defendant's Memorandum of Law in Support -

Highlighted" or, for exhibits, "[30-1] Exhibit 1 to Rosen Declaration - Highlighted").

By way of example only, the directory for a hypothetical motion *in limine* (or "MIL") would appear (in part) similar to the following:



\*   \*   \*   \*   \*   \*

Defendant should submit the electronic courtesy copies to the Court by e-mail to Furman_NYSDChambers@nysd.uscourts.gov or, if that is not feasible due to file-size restrictions, on one or more CD-ROMs.

SO ORDERED.

Dated: May 3, 2019
New York, New York

_____
JESSE M. FURMAN
United States District Judge

3