# THE LAW OFFICE OF
# MAURY B. JOSEPHSON, P.C.

| | |
|---|---|
| 626 RXR Plaza | Tel. 516.343.0090 |
| Uniondale, N.Y. 11556 | Fax 516.977.1315 |
| www.josephsonfirm.com | Email mbjlaw@verizon.net |

May 31, 2019

**By ECF**

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square New York, NY 10007

> Re:  **Denson v. Donald J. Trump for President, Inc.**
>      **Case No. 18-cv-2690**

Dear Judge Furman:

    I and co-counsel David K. Bowles represent plaintiff Jessica Denson ("Ms. Denson") in the referenced action. We write at this time to advise the Court of a factual development that occurred on May 29, 2019, after submission of Ms. Denson's motion to supplement the record on the parties' respective motions to confirm and vacate the arbitration Awards of L. Paul Kehoe. Docket Nos. 29, 44.

    On May 29, 2019, the Campaign emailed the American Arbitration Association ("AAA") to advise it that, pursuant to Section 8(b) of the non-disparagement and non-disclosure agreement ("NDA") signed by Ms. Denson, it is refusing to arbitrate Ms. Denson's claims in *Denson v. Donald J. Trump for President, Inc.*, AAA Case No. 01-19-0000-5505. The matter the Campaign refuses to arbitrate is the class action arbitration Ms. Denson brought to invalidate the NDA for herself and all comparably situated Campaign workers (the "Class Action Arbitration"). A copy of the Campaign's email to the AAA is enclosed.

    The Class Action Arbitration is the arbitration Ms. Denson brought to comply with this Court's August 30, 2018 Order granting the Campaign's motion to compel arbitration of Ms. Denson's claims concerning the NDA's invalidity. *See* Order, Docket No. 23, and Docket No. 42. This remarkable action – the Campaign's refusal to arbitrate the very subject matter over which it moved to compel arbitration and obtained dismissal of this action in this Court – illustrates the Campaign's desperation to avoid any examination of the legality of the NDA on the merits.

    Indeed, the public policy arguments Ms. Denson raised on her motion to supplement, which the Campaign attempted to preempt as "additional," Docket No. 47, are arguments she sought to arbitrate in the Class Action Arbitration and that the Campaign sought to bury by refusing to consent to the Class Action Arbitration. The Campaign cannot have it both ways – an arbitrator, or a court, or both need to address the legality of the NDA on the merits. Notably, the

Hon. Jesse M. Furman
May 31, 2019
Page 2

Campaign did not inform this Court of its action at the AAA in the letter it submitted to this Court some hours later.  *Id.*

      This development further supports Ms. Denson's request that this Court consider the illegality of the NDA on her public policy challenge to the Awards – in which Arbitrator Kehoe raised the issue of the NDA's legality *sua sponte* and without authorization, took no briefing on the subject and decided the issue in a single cursory sentence.  The parties, and the nation, deserve more.

                                                 Respectfully submitted,

                                                 Maury B. Josephson

Enclosure
cc: Lawrence S. Rosen, Esq.
    Patrick T. McPartland, Esq.
    David K. Bowles, Esq.
    (all via ECF and email)

| | |
|---|---|
| **From:** | Patrick Mcpartland <pmcpartland@lhrgb.com> |
| **Sent:** | Wednesday, May 29, 2019 1:45 PM |
| **To:** | jonathanweed@adr.org |
| **Cc:** | Lawrence Rosen; 'David Bowles'; Maury Josephson |
| **Subject:** | RE: Donald J. Trump for President, Inc./Jessica Denson, AAA Case No. 01-19-0000-5505 (the "Second Arbitration") |
| **Attachments:** | Jessica Denson NDA - Fully Executed.pdf |

Good afternoon Mr. Weed,

In accordance with paragraph 8B of the parties' arbitration agreement (courtesy copy attached), we write to advise that the Campaign does **not** consent to the AAA's jurisdiction over the Second Arbitration.

Very truly yours,

Patrick McPartland, Esq.



The Trump Building
40 Wall Street, 32nd Floor
New York, NY 10005
T: (212) 530-4837
C: (917) 647-4094
F: (212) 530-4815
E: PMCPARTLAND@LHRGB.COM



---

This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by reply e-mail and permanently delete the original and any copy of this e-mail and any printout thereof. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

---

**From:** Patrick Mcpartland
**Sent:** Wednesday, May 22, 2019 3:07 PM
**To:** jonathanweed@adr.org
**Cc:** Lawrence Rosen <lrosen@lhrgb.com>; 'David Bowles' <david@lawdkb.com>; Maury Josephson <mbjlaw@verizon.net>
**Subject:** Donald J. Trump for President, Inc./Jessica Denson, AAA Case No. 01-19-0000-5505 (the "Second Arbitration")

Good afternoon Mr. Weed,

We write in furtherance of our March 18, 2019 correspondence (courtesy copy attached) wherein the Campaign expressly reserved its contractual right to not consent to the AAA's jurisdiction over the

Second Arbitration. This right, which is in the "sole discretion" of the Campaign, is set forth in paragraph 8B of the subject Agreement (courtesy copy attached).

We are aware of Judge Kehoe's recent decision and order concerning the Campaign's application to dismiss the Second Arbitration. We intend to discuss this with our client and expect to be able to notify the AAA by next Wednesday or Thursday whether the Campaign will or will not consent to the AAA's jurisdiction over the Second Arbitration.

Thank you,

Patrick McPartland, Esq.



The Trump Building
40 Wall Street, 32nd Floor
New York, NY 10005
T: (212) 530-4837
C: (917) 647-4094
F: (212) 530-4815
E: PMCPARTLAND@LHRGB.COM



---------------------------------------------------------------------------------------
This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by reply e-mail and permanently delete the original and any copy of this e-mail and any printout thereof. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.