UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                    :

JESSICA M. DENSON,                                         :

                             Plaintiff,                :
                                                                    :      18-CV-2690 (JMF)
            -v-                                                   :
                                                                    :          <u>ORDER</u>

DONALD J. TRUMP FOR PRESIDENT, INC.,   :

                           Defendant.       :
                                                                      :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendant previously advised the Court that it had "submitted a proposed order and judgment confirming" the arbitration award in the parallel state proceeding.  Docket No. 52, at 2.  The Court notes that the state court has ordered that the proposed judgment be entered, but that the County Clerk has yet to enter the judgment.  *See Denson v. Donald J. Trump for President, Inc.*, Index No. 0101616/2017.

       It is therefore ORDERED that Defendant inform the Court by letter within **one business day** of the County Clerk's entry of the proposed judgment, attaching a copy of any such judgment.

       SO ORDERED.

Dated: July 18, 2019
       New York, New York                                     JESSE M. FURMAN
                                                                   United States District Judge