# LaRocca Hornik Rosen & Greenberg LLP

COUNSELORS AT LAW

THE TRUMP BUILDING
40 WALL STREET
32ND FLOOR
NEW YORK, NY 10005
212.530.4823
212.530.4815 FAX

LHRGB.COM

FREEHOLD COMMONS
83 SOUTH STREET
3RD FLOOR
FREEHOLD, NJ 07728
732.409.1144
732.409.0350 FAX

FRANK J. LaROCCA ⊹◊
JONATHAN L. HORNIK
LAWRENCE S. ROSEN
ROSE GREENBERG ▵
AMY D. CARLIN ▵
PATRICK T. McPARTLAND ▵
DAVID N. KITTREDGE ▵
JONATHAN F. BALL ◊
JARED E. BLUMETTI
KATELYN CANNING
FLORENCE R. GOFFMAN ▵◊
SHERRY HAMILTON ▵
PETER KELEGIAN ▵
DREW TANNER ⊹
LAUREN WEISSMAN-FALK

▵ NEW YORK BAR ONLY
⊹ NEW JERSEY BAR ONLY
◊ OF COUNSEL ATTORNEYS
○ CERTIFIED MATRIMONIAL LAW ATTORNEY

DIRECT DIAL: 212.530.4822
EMAIL: LROSEN@LHRGB.COM

July 23, 2019

**VIA ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

  Re: Jessica Denson ("Plaintiff") v. Donald J. Trump for President, Inc. ("Campaign")
     Docket No. 18-cv-2690 (JMF)

Dear Judge Furman:

  We represent defendant Donald J. Trump for President, Inc. (the "Campaign") in the above-captioned action and are writing in response to Your Honor's July 18, 2019 Order (ECF No. 24) for the Campaign to notify the Court within one business day of the New York County Clerk's entry of judgment confirming the arbitral awards in the parallel state court proceeding and also to provide a copy of same judgment.

  The Campaign respectfully advises the Court that the New York County Clerk entered judgment confirming the arbitral awards yesterday, July 22, 2019. A copy of the filed and entered judgment is enclosed.

                Respectfully submitted,

                Lawrence S. Rosen

cc: David K. Bowles, Esq. (via email and ECF)
   Maury Josephson, Esq. (via email and ECF)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
JESSICA DENSON,

                         Plaintiff,                    Index No. 101616/17

    -against-

                                                [~~PROPOSED~~] **JUDGMENT**

DONALD J. TRUMP FOR PRESIDENT, INC.

                        Defendant.
------------------------------------------------------------------X

       A motion having been duly made by plaintiff Jessica Denson before the Honorable Arlene P. Bluth, J.S.C. of this County Courthouse, located at 60 Centre Street, Room 432, New York, New York 10007, for an order, pursuant to CPLR 7511, vacating the October 19, 2018 Partial Award (the "Partial Award") and the December 11, 2018 Final Award (the "Final Award") issued by Arbitrator L. Paul Kehoe of the American Arbitration Association in the arbitration proceeding between plaintiff and defendant Donald J. Trump for President, Inc. (collectively the "Arbitral Awards"); and plaintiff's motion to vacate having regularly come on to be heard; and the motion having been denied in all respects by the Decision and Order of the Honorable Arlene P. Bluth, J.S.C., dated March 13, 2019, and entered on March 14, 2019; and the Arbitral Awards having been confirmed upon the denial of plaintiff's motion to vacate; and plaintiff having subsequently made a motion before the Honorable Arlene P. Bluth, J.S.C. for an order, pursuant to CPLR 2221, seeking leave to reargue her motion to vacate; and plaintiff's motion to reargue having regularly come on to be heard and the motion having been denied in all respects by the Decision and Order of the Honorable Arlene P. Bluth, J.S.C., dated June 6, 2019, and entered on June 7, 2019; and the Honorable Arlene P. Bluth, J.S.C, having issued an Order dated July 8, 2019, and entered on July 9, 2019, confirming the Arbitral Awards and directing that judgment be entered in accordance

therewith, and upon Notice of Entry filed on July 9, 2019; and the Partial Award awarding the amount of $24,808.20 to Donald J. Trump for President, Inc. as against plaintiff and the Final Award awarding an additional $24,699.44 to Donald J. Trump for President, Inc. as against plaintiff for a total combined award of $49,507.64 plus interest at the rate of 9% per annum from the date of the Final Award;

**NOW**, on application of LaRocca Hornik Rosen & Greenberg LLP, attorneys for defendant Donald J. Trump for President, Inc., it is

**ADJUDGED** that judgment be entered in favor of defendant Donald J. Trump for President, Inc., having a principal place of business located at 725 5th Avenue, New York, New York 10022, and against plaintiff Jessica Denson, residing at 3925 Big Oak Drive, #4, Studio City, California 91604, in the amount of $49,507.64, plus accruing interest at the rate of 9% per annum from December 11, 2018, the date of the Final Award, ~~through the date of payment~~ *in the amount of $2,722.24 for a total sum of $52,229.88*, and that defendant Donald J. Trump for President, Inc. have execution therefor.

Judgment entered this ___ day of _____, 2019.

FILED
JUL 22 2019
COUNTY CLERK'S OFFICE
NEW YORK

_____
COUNTY CLERK

Judgment
Attorney for Judgment Creditor
LaRocca Hornik Rosen Greenberg +
Blaha LLP
40 Wall Street
32ND Floor
New York, NY 10005

1-1

**FILED AND DOCKETED**
JUL 22 2019
AT 4:37 PM
N.Y., CO. CLK'S OFFICE