```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSICA M. DENSON,
                        Plaintiff,

-against-                                      18 **CIVIL** 2690 (JMF)

## JUDGMENT

DONALD J. TRUMP FOR PRESIDENT, INC.,
                        Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 23, 2019, Plaintiff's cross-petition to vacate the arbitration award is precluded by the state-court judgment and thus denied; Defendant's petition to confirm the award is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
         July 25, 2019

                                                          RUBY J. KRAJICK
                                                           Clerk of Court
                                                   BY:
                                                            Deputy Clerk

                                                      THIS DOCUMENT WAS ENTERED
                                                      ON THE DOCKET ON 7/25/2019